# Court of Appeals
# of the State of Georgia

ATLANTA, __April 02, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1398.  THOMAS P. TODD v. THE STATE.**

In 2007, Thomas P. Todd pled guilty to false imprisonment and other crimes. In 2012, he filed a motion to modify his sentence, which the trial court denied.  In 2013, he filed a "Motion to Compel," seeking to obtain a ruling from the trial court on a previously filed "Motion to Vacate Void Judgment."  The trial court denied the motion to compel, and Todd appeals.

The appellate record contains neither a "Motion to Vacate Void Judgment" nor any ruling on such a motion.  Accordingly, we have nothing to review.  In any event, in its order denying Todd's motion to compel, the trial court mentioned that it had dismissed his motion to vacate.  It therefore appears that Todd has already received the ruling he requested.  This appeal is therefore DISMISSED as moot.





*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __04/02/2013__
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*